CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendant. | CASE NO. 5:26-cv-05604-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION**<br><br>Judge:      Hon. Eumi K. Lee<br><br><span style="color:red">AS MODIFIED</span> |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate and respectfully request that the Court enter the following order and briefing schedule for Plaintiffs' Motion for Preliminary Injunction, subject to the Court's approval and availability. This stipulation is based on the following facts:

1. On June 10, 2026, Plaintiffs filed their complaint in this action. Dkt. No. 1. Plaintiffs served their complaint on the Federal Defendants on June 23, 2026 and on Defendant ECG 6, LLC on June 30, 2026. *See* Dkt. No. 37-1.

2. Under Fed. R. Civ. P. 12(a), Federal Defendants must respond to the Complaint by August 24, 2026, and EGC6 must respond by July 14, 2026.

3.  On June 24, 2026, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") seeking to prevent Defendants from developing the property at 7240 Holsclaw Road ("Holsclaw Property") in unincorporated Santa Clara County near Gilroy, California and from operating that property as an immigration enforcement and holding facility.  Dkt. No. 24.  Plaintiffs noticed the Motion for hearing on October 7, 2026.  *Id.*  Plaintiffs served the Motion by mail on June 26, 2026.  Dkt. No. 38.

4.  Defendants' oppositions to the Motion are currently due on July 13, 2026.

5.  Defendants contend that good cause supports an extension of time for Defendants to respond to the Motion and Complaint.  Plaintiffs' Complaint, with all attachments, spans 289 pages.  *See* Dkt. No. 1.  Plaintiffs' Motion for Preliminary Injunction, including eleven supporting declarations and all attachments, spans 807 pages.  *See* Dkt. Nos. 24-36.  The time for Defendants to respond to the Motion included the Independence Day holiday, which has limited the time for Defendants to investigate Plaintiffs' claims.

6.  Plaintiffs do not object to providing Defendants with a reasonable amount of additional time to respond to the Complaint or the Motion, but Plaintiffs do not want an extended briefing schedule to delay the relief requested in the Motion.  Indeed, given that the Motion requests preliminary relief, Plaintiffs respectfully request to have the Motion heard earlier than October 7, 2026.

7.  Defendants do not object to an earlier hearing date, assuming they have approximately 30 days from today to respond to the Motion.

8.  As a compromise, Defendants have voluntarily paused construction and development activities at the Holsclaw Property and have agreed to maintain that voluntary pause until September 9, 2026.  The parties respectfully request that the Court schedule a hearing on Plaintiffs' Motion for Preliminary Injunction after August 26, 2026 but on or before September 9, 2026.  If the Court denies the request for an earlier hearing date, the parties will meet and confer, and if they are unable to reach an agreement on next steps, Plaintiffs reserve the right to seek further relief from the Court.  Defendants reserve the right to assert all applicable defenses.

9.  The Court has not yet entered a scheduling order.  A case management conference is scheduled for October 7, 2026.  Dkt. No. 22.  The parties have not previously requested any extensions of time in this case.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, to the following:

The schedule for Plaintiffs' Motion for Preliminary Injunction and any responses to Plaintiffs' Complaint shall be:

| Event | Date |
|---|---|
| Defendants' Oppositions to Motion for Preliminary Injunction | 8/12/2026 |
| Plaintiffs' Reply to Motion for Preliminary Injunction | 8/26/2026 |
| Hearing on Motion for Preliminary Injunction | 9/8/2026 at 2pm In Person |
| Defendants' Responses to Complaint | 9/30/2026 |

Defendants shall pause construction, demolition, and development activities, except for such activities necessary to address immediate safety concerns, at the Holsclaw Property until September 9, 2026 or until further order from the Court.

Respectfully Submitted,

DATED: July 13, 2026

OFFICE OF THE COUNTY COUNSEL

/s/ Rajiv Narayan
RAJIV NARAYAN
Attorneys for Plaintiff County of Santa Clara

DATED: July 13, 2026

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General

/s/ Stacy Lau
STACY LAU
Attorneys for Plaintiff State of California

DATED: July 13, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ Roman A. Swoopes
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Federal Defendants:
United States Immigration & Customs Enforcement;
United States General Services Administration;
United States Department of Homeland Security;
Edward Forst, in his official capacity;
Markwayne Mullin, in his official capacity;
David Venturella in his official capacity

DATED: July 13, 2026                                    GREENBERG TRAURIG

                                                       */s/ Gregory Nylen*
                                                       GREGORY NYLEN
                                                       Attorneys for Defendant EGC 6 LLC

In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests that counsel for all parties concur in the filing of this document.


**[PROPOSED] ORDER**

        Pursuant to and as set forth in the Stipulation Regarding Briefing Schedule for Preliminary

Injunction Motion, IT IS SO ORDERED.


        Dated:  July 13, 2026                          _____
                                                       HON. EUMI K. LEE
                                                       UNITED STATES DISTRICT JUDGE