Jenny Ma
Christopher Peña
Jean Larsen
Patrick Archer
**PUBLIC RIGHTS PROJECT**
490 43rd Street, #115
Oakland, CA 94609
Tel: (510) 738-6788
*jeany.larsen@publicrightsproject.org*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES GENERAL SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; EDWARD FROST, in his official capacity as Administrator of the General Services Administration; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; and ECG 6 LLC,<br><br>*Defendants*. | Case No. 5:26-cv-05604<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MONTEREY COUNTY AND OTHER BAY AREA AND CENTRAL COAST LOCAL GOVERNMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 8, 2026<br>Time: 2:00 p.m.<br>Crtrm: 7, 4th floor<br><br>Hon. Eumi K. Lee |

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
Case No. 5:26-CV-05604

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned proposed *amici curiae* local governments respectfully move this Court for leave to file the attached amicus curiae brief in support of Plaintiffs' Motion for Preliminary Injunction.

Pursuant to section VIII.A of the Standing Order for Civil Cases Before Judge Eumi K. Lee, movants certify that on July 14, 2026, counsel for movants emailed Defendants to request to meet and confer and notify Defendants of the bases for this motion. As of the date of this filing, Defendants have not responded to *amici*'s July 14 email. Counsel for Plaintiffs have consented to the filing of this brief. Movants are filing this Motion now for the Court's consideration of Plaintiff's request for injunctive relief and remain available to meet and confer with Defendants.

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Monterey County, California and other Bay Area and Central Coast local governments (collectively, "*Amici*") respectfully move for leave to file the accompanying brief of *amici curiae* in support of Plaintiffs' Motion for Preliminary Injunction. Per the above, counsel for movants will meet and confer with Defendants' counsel as soon as practicable following their response.

## MOVANTS' INTEREST[1]

*Amici* are cities and counties located throughout the Bay Area and Central Coast who, like Plaintiffs, are responsible for promoting their local economies, safeguarding public health, and ensuring the safety of all of their residents. *Amici* include 26 jurisdictions, representing over 7 million residents. Construction of the federal immigrant holding facility in Santa Clara County (the "Holding Facility") would cause imminent and long-lasting harm to *amici*'s communities. The presence of the Holding Facility would dampen *amici*'s economies and erode public trust in local government services. The Holding Facility would likely eventually hold residents detained from

---

[1] No counsel for any party authored the proposed brief in whole or in part. No person other than amici or their counsel contributed money intended to fund the preparation or submission of the proposed brief. A list of all amici is provided at Appendix A of the proposed brief.

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
Case No. 5:26-CV-05604

*amici*'s jurisdictions. *Amici* therefore carry a strong interest in the outcome of this case, and urge this Court to grant Plaintiffs' request to immediately halt construction of the Holding Facility.

In considering a motion for a preliminary injunction, courts in this district have construed the public interest broadly. For example, in a recent case, the court evaluated harms to public health, economic harms, and the loss of natural resources all as part of a single analysis. *State v. Bureau of Land Mgmt.*, 286 F. Supp. 3d 1054, 1075-6 (N.D. Cal. 2018). It considered "effects statewide, to the general public, and on the personal level." *Id.* at 1075. Moreover, courts in this district "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court . . .'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal citation omitted). As city and county governments in the vicinity of the planned Santa Clara County holding facility, *amici* possess unique perspectives on the consequences that would flow from continued construction and eventual operation of the facility. These perspectives, which highlight the impacts of the federal government's recent push to expand its immigration detention powers on local communities, are valuable in their own right. They will assist the court's consideration of Plaintiffs' motion by highlighting the threat of irreparable harm to local jurisdictions and establishing that the public interest weighs heavily in favor of granting preliminary injunctive relief in this case.

**CONCLUSION**

For the foregoing reasons, *Amici* respectfully request leave to file the accompanying Brief of *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction.

Dated: July 27, 2026          Respectfully submitted,

/s/ Jean Larsen

JEAN LARSEN
JENNY MA
CHRISTOPHER PEÑA
PATRICK ARCHER
**PUBLIC RIGHTS PROJECT**
490 43rd Street, #115
Oakland, CA 94609
(510) 738-6788
*jeany.larsen@publicrightsproject.org*

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2026, I electronically filed the foregoing Motion for leave to file together with the accompanying proposed brief of amici curiae, and proposed order with the Clerk of the court for the United States District Court for the Northern District of California by using the CM/ECF system, and soon thereafter mailed via federal express the chamber copies to the Honorable Eumi K. Lee, United States District Judge's Clerk's office. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jean larsen*
Jean Larsen

*Counsel for Amici Curiae*

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
Case No. 5:26-CV-05604                    5