# Exhibit 2

Jean Larsen, SBN 351989
Jenny Ma
Christopher Peña
Patrick Archer
**PUBLIC RIGHTS PROJECT**
490 43rd Street, #115
Oakland, CA 94609
Tel: (510) 738-6788
*jeany.larsen@publicrightsproject.org*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES GENERAL SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; EDWARD FROST, in his official capacity as Administrator of the General Services Administration; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; and ECG 6 LLC,<br><br>*Defendants*. | Case No. 5:26-cv-05604<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MONTEREY COUNTY AND OTHER BAY AREA AND CENTRAL COAST LOCAL GOVERNMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 8, 2026<br>Time: 2:00 p.m.<br>Crtrm: 7, 4th floor<br><br>Hon. Eumi K. Lee |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
Case No. 5:26-CV-05604

**[PROPOSED] ORDER**

The Court, having considered *amici curiae*'s Motion and the arguments therein and finding good cause, therefore, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED.**

Dated:

_____

Honorable Eumi K. Lee
UNITED STATES DISTRICT JUDGE