Aruna Prabhala (Cal. Bar No. 278865)
Peter J. Broderick (Cal. Bar No. 293060)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, California 94612
Telephone:     (510) 844-7100
Facsimile:     (510) 844-7150
aprabhala@biolgicaldiversity.org
pbroderick@biologicaldiversity.org

*Attorneys for Amici Curiae Center for Biological Diversity, Greenbelt Alliance, Santa Clara Valley Open Space Authority, Green Foothills, Gilroy Growing Smarter, and Santa Clara Valley Bird Alliance*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 5:26-cv-05604-EKL<br><br>**MOTION AND NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY CENTER FOR BIOLOGICAL DIVERSITY, GREENBELT ALLIANCE, SANTA CLARA VALLEY OPEN SPACE AUTHORITY, GREEN FOOTHILLS, GILROY GROWING SMARTER, AND SANTA CLARA VALLEY BIRD ALLIANCE**<br><br>Hearing Date: September 8, 2026<br>Time: 2:00 p.m.<br>Crtrm: 7, 4th floor<br><br>Judge Hon Eumi K. Lee |

Amici Curiae Center for Biological Diversity et al.'s Motion for Leave to File Amicus Brief
Case No. 5:26-cv-05604-EKL

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Center for Biological Diversity, Greenbelt Alliance, Santa Clara Valley Open Space Authority, Green Foothills, Gilroy Growing Smarter, and Santa Clara Valley Bird Alliance (the "Environmental Amici') hereby move this Court for leave to file the attached amicus curiae brief in the above-captioned case in support of Plaintiffs' Motion for Preliminary Injunction.

**I.     The Court Has Broad Discretion to Accept and Consider Amicus Briefs.**

Whether to grant permission to file an amicus brief lies squarely within the discretion of this Court. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). Courts have generally "exercised great liberality" in permitting and considering amicus briefs. *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (quoting *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C06-1254, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007); accord *Ou-Young v. Roberts*, No. C-13-4442, 2013 WL 6732118, at *9 (N.D. Cal. Dec. 20, 2013). There are no strict prerequisites that must be established prior to a party's qualifying as an amicus; the party must merely make a showing that its participation is useful or otherwise desirable to the court. *California by & through Becerra*, 381 F. Supp. 3d, at 1164. As such, district courts welcome amicus briefs where "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotation marks omitted). Moreover, amicus briefs should normally be allowed when the amicus has an interest in the case. *See In re Heath*, 331 B.R. 424, 430 (9th Cir. B.A.P. 2005) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997). The Environmental Amici satisfy all of these factors.

**II.     Amici Are Environmental Groups and a California Special District Whose Perspective Will Benefit the Court.**

The Environmental Amici are national and local environmental and community organizations concerned about the significant environmental harm that will result if the Defendants in this lawsuit are allowed to move forward with the construction and operation of a proposed immigration detention facility without complying with the law, including the National Environmental Policy Act ("NEPA").

The Center for Biological Diversity ("Center") is a non-profit conservation organization dedicated to the protection of species and their habitats through science, law, and policy. Founded in 1989, the

Center is incorporated in California, with offices in Oakland, California, Washington, D.C., and across the United States. The Center has more than 1.8 million members and supporters nationwide, including over 22,000 in California. The Center's members are concerned with the global extinction crisis, the loss of biodiversity and habitat, and ecological harm. The Center has a history of advocating for imperiled species and their habitats and adherence to sound, sustainable land use policies within Santa Clara County. The Center frequently participates in the public process under NEPA and its attorneys and scientists frequently provide extensive public comments on draft environmental review documents, including environmental impact statements. When necessary, the Center litigates to ensure that federal agencies comply with NEPA by conducting environmental review where required. *See, e.g., Friends of the Inyo v. United States Forest Serv.*, 103 F.4th 543 (9th Cir. 2024) (holding that the U.S. Forest Service improperly relied on categorical exclusions to avoid preparing an environmental assessment or environmental impact statement under NEPA).

Greenbelt Alliance is a nonprofit organization whose mission is to educate, advocate, and collaborate to ensure the Bay Area's lands and communities are resilient to a changing climate. Founded in 1958 and based in the San Francisco Bay Area, Greenbelt Alliance works across nine counties to promote climate-smart land use, protect open space and farmland, and advance equitable community resilience. In Santa Clara County, Greenbelt Alliance has decades of experience shaping how and where growth happens, including helping secure Gilroy's 2016 Urban Growth Boundary alongside Green Foothills, which protects farmland and open space outside the city from development without voter approval. Greenbelt Alliance is currently working directly in Gilroy on a Community Resilience Center planning effort in partnership with Santa Clara County, and brings deep knowledge of the area's land use history, community priorities, and vulnerability to environmental and climate hazards. Greenbelt Alliance's work is grounded in environmental justice, recognizing that land use decisions, including where facilities like detention centers are sited, carry disproportionate impacts for low-income communities and communities of color. Greenbelt Alliance has thousands of members and supporters across the Bay Area and works in coalition with local agencies, community-based organizations, and residents to ensure land use decisions reflect community wellbeing and long-term regional resilience.

The Santa Clara Valley Open Space Authority ("Authority") is an independent special district created by the California Legislature to preserve open space and farmland in Santa Clara County. See Santa Clara Valley Open-Space Authority Act of 1992. (Cal. Public Res. Code § 35100 et seq.) The Authority's jurisdiction encompasses three-quarters of the land area in Santa Clara County, including unincorporated Santa Clara County and the cities of San Jose, Santa Clara, Milpitas, Campbell and Morgan Hill. When establishing the Authority, the Legislature found and declared, "In Santa Clara County, open-space preservation and creation of a greenbelt are immediate high priorities needed to counter the continuing and serious conversion of these lands to urban uses, to preserve the quality of life in the county, and to encourage agricultural activities." (Cal. Public Res. Code § 35101(a).) It also declared, "It is in the public interest to create the Santa Clara Valley Open-Space Authority so that local open-space preservation and greenbelting decisions can be implemented in a timely manner to provide for the acquisition and maintenance of these properties." (Cal. Public Res. Code § 35101(c).) Since the time of the Authority's creation in 1993, it has acquired and preserved thousands of acres of open space and farmland, including farmland and open space in southern Santa Clara County and outside of the Gilroy city limits.

Green Foothills is a non-profit organization whose mission is to protect local nature and farmland to ensure a healthy environment for everyone through advocacy, education, and grassroots action focused on San Mateo, Santa Clara, and San Benito Counties. In Santa Clara County, Green Foothills has decades of experience working to protect open space and farmland from harmful development projects. For example, Green Foothills was instrumental in ensuring that the City of San Jose amended its zoning and land use plans to prohibit development in the critical wildlife corridor of Coyote Valley. Green Foothills also worked with Gilroy residents to achieve passage of Gilroy's 2016 Urban Growth Boundary, which protected farmland and open space by preventing urban development outside of the boundary without voter approval. Green Foothills is currently advocating with Santa Clara County to ensure that the proposed amendments to the County's rural zoning ordinance preserve farmland and limit development in rural areas. Green Foothills has thousands of members and supporters in Santa Clara County and works with nonprofits, local agencies, and community members to achieve policies that benefit nature and people, protect wildlife, promote climate resilience, and preserve open space.

Gilroy Growing Smarter is a non-profit environmental organization made up of an inclusive group of Gilroy residents who promote good stewardship of our community. Gilroy Growing Smarter has advocated successfully to preserve and support local agriculture, farmland, and natural space; develop and support a vibrant downtown; promote the healthy and sustainable use of land and our natural resources; encourage the creation of high-quality jobs for Gilroy residents; protect Gilroy's voter-approved Urban Growth Boundary; and ensure that regional development is compatible with existing uses.

The Santa Clara Valley Bird Alliance ("SCVBA"), founded in 1925 as the Santa Clara Valley Audubon Society, is one of the largest chapters of the National Audubon Society in California. SCVBA promotes the enjoyment, understanding, and protection of birds and other wildlife through birding, education, and conservation. SCVBA has long connected people in the Gilroy community with wild birds and nature through field trips for schools and the public, free bilingual birding guides, and partnerships with local organizations that encourage people of all ages to explore and enjoy the outdoors. Through these programs, SCVBA fosters a lifelong appreciation for the region's wildlife and the natural world. For decades, SCVBA has also advocated for open space and responsible growth in Gilroy, supporting responsible urban land-use planning, helping protect nearby open space such as Sargent Ranch ("Juristac"), advocating for reduced light pollution, and most recently submitting comments on proposed data center and solar farm projects.

The Environmental Amici's expertise will benefit the Court. This case concerns the defendants' proposed actions to construct and operate an immigration law enforcement and detention facility on designated agricultural land that is not suitable for this new and intensive use. The proposed amicus brief provides a local environmental and ecological perspective that details how the proposed detention facility will significantly harm local waterways, species, and habitat. *See, e.g., California by & through Becerra v. United States Dep't of the Interior,* 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (accepting for consideration an amicus brief by a policy institute that was useful because it amplified a number of points raised in parties' papers).

**III.    The Brief is Timely and Proper.**

Counsel for the Environmental Amici have attempted to confer with counsel for all parties regarding this motion, by emailing said counsel on July 21, 2026, to inform them of the Environmental Amici's intent to file this motion and the amicus brief, and to ask whether their clients would oppose. (See Standing Order for Civil Cases Before Judge Mumi K. Lee, section VIII.(A.).) Plaintiffs' counsel indicated that Plaintiffs Santa Clara County and the State of California do not oppose this motion. Counsel for the federal government defendants and counsel for defendant ECG 6 LLC have not responded as of the date of filing.

This motion is timely as it is filed two weeks before Defendants' opposition to the motion for preliminary injunction is due, giving Defendants the opportunity to respond.

No party or party's counsel authored this motion or the amicus brief in whole or in part. No person other than the Environmental Amici, their members, or their counsel contributed money that was intended to fund preparing or submitting this motion or the amicus brief.

## CONCLUSION

The Environmental Amici request that the Court grant this motion and accept the accompanying amicus curiae brief for filing.

DATED: July 27, 2026                         CENTER FOR BIOLOGICAL DIVERSITY

By:  _____
Peter J. Broderick
Aruna Prabhala

Attorneys for Amici Curiae CENTER FOR BIO-
LOGICAL DIVERSITY, GREENBELT ALLI-
ANCE, SANTA CLARA VALLEY OPEN SPACE
AUTHORITY, GREEN FOOTHILLS, GILROY
GROWING SMARTER, AND SANTA CLARA
VALLEY BIRD ALLIANCE