Aruna Prabhala (Cal. Bar No. 278865)
Peter J. Broderick (Cal. Bar No. 293060)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, California 94612
Telephone:     (510) 844-7100
Facsimile:     (510) 844-7150
aprabhala@biolgicaldiversity.org
pbroderick@biologicaldiversity.org

*Attorneys for Amici Curiae Center for Biological Diversity, Greenbelt Alliance, Santa Clara Valley Open Space Authority, Green Foothills, Gilroy Growing Smarter, and Santa Clara Valley Bird Alliance*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 5:26-cv-05604-EKL <br><br> **[PROPOSED] ORDER GRANING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY CENTER FOR BIOLOGICAL DIVERSITY, GREENBELT ALLIANCE, SANTA CLARA VALLEY OPEN SPACE AUTHORITY, GREEN FOOTHILLS, GILROY GROWING SMARTER, AND SANTA CLARA VALLEY BIRD ALLIANCE** <br><br> Hearing Date: September 8, 2026 <br> Time: 2:00 p.m. <br> Crtrm: 7, 4th floor <br><br> Judge Hon Eumi K. Lee |

On July 24, 2026, the Center for Biological Diversity, Greenbelt Alliance, Santa Clara Valley Open Space Authority, Green Foothills, Gilroy Growing Smarter, and Santa Clara Valley Bird Alliance moved this Court for leave to file a brief of amici curiae in the above-captioned case. The Court, having considered the motion, hereby GRANTS leave to file the brief of amici curiae.

IT IS SO ORDERED.

Dated: _____

_____
HON. Eumi K. Lee
United States District Judge