Gregory A. Nylen (SBN CA 151129)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
nyleng@gtlaw.com

Stacey M. Bosshardt (SBN CA 255231)
Dominic E. Draye (SBN CA 267079)
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, D.C. 20037
Telephone: 202.331.3100
Facsimile: 202.331.3101
drayed@gtlaw.com
Stacey.Bosshardt@gtlaw.com

Attorneys for Defendant ECG6 LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES GENERAL SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; EDWARD FORST, in his official capacity as Administrator of the General Services Administration; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; and ECG 6 LLC, a California limited liability company,

Defendant.

CASE NO. 5:26-cv-5604-EKL

Assigned to the Honorable Eumi K. Lee

**DEFENDANT ECG6 LLC'S CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP CERTIFICATION**

[Civil L.R. 3-15]

Action Filed: June 10, 2026

Pursuant to Federal Rule of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Max Stern, Noah Zeligman, Elliot Sassover, and Elmwood Capital Group are the sole investors in ECG6 LLC. ECG6 LLC is an investment of Elmwood Capital Group, which is the general partner. Joseph Friedenberg also has a financial interest in Elmwood Capital Group.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: August 12, 2026

GREENBERG TRAURIG, LLP

By ______________________________

Gregory A. Nylen
Stacey M. Bosshardt
Dominic E. Draye
Attorneys for Defendant ECG6 LLC