# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

Plaintiffs,

vs.

J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,

Defendants.

Civ. Case No. 2:09-cv-02252-JAM-GGH

ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING BOND

ORDER

On August 26th 2009, this court heard argument on Plaintiffs' Motion for Temporary Restraining Order (dkt. #19). Because Plaintiffs have raised serious questions about the merits of the Trough post-fire salvage sale, and having demonstrated irreparable harm, that the balance of harms tips in their favor, and that the public interest favors the issuance of a temporary restraining order, Plaintiffs' motion for a temporary restraining order is hereby GRANTED.

It is also hereby ORDERED that Plaintiffs post a surety bond in the amount of $63,100 by Monday, August 31st 2009 prior to this court's order taking effect.

IT IS SO ORDERED.

Dated: August 28, 2009

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE


PDF created with pdfFactory trial version www.pdffactory.com