# **EXHIBIT A**

An official website of the United States government Here's how you know

Scheduled SAM Maintenance Show Details
*Aug 11, 2026*

Resolution of FSD.gov System Issue Show Details
*Jul 30, 2026*

See All Alerts

SAM.GOV®

Home Search Data Bank Data Services Help

# Contract Opportunity

**Version** Current Record

- Pre-Award
- Solicitation Details
- Classification
- Description
- Contact Information
- Attachments/Links

**Opportunity**

# General Services Administration Seeks Office and Related Space in San Jose, CA

Inactive

Notice ID
**8CA3614**

Related Notice
**(blank)**

Contract Opportunity Type
**Presolicitation**

Contract Line Item Number
**(blank)**

Inactive Dates
**Feb 06, 2021**

Inactive Policy
**15 days after response date**

Response Date
**Jan 22, 2021 5:00 PM EST**

Published Date
**Dec 22, 2020 6:35 PM EST**

Department/Ind. Agency
**GENERAL SERVICES ADMINISTRATION**

Sub-tier
**PUBLIC BUILDINGS SERVICE**

Office
**PBS R00 CENTER FOR BROKER SERVICES**

## Classification

Original Set Aside
**(blank)**

Product Service Code
**X1AA - LEASE/ RENTAL OF OFFICE BUILDINGS**

NAICS Code
**531120 - Lessors of Nonresidential Buildings (except Miniwarehouses)**

Place of Performance
**(blank)**

Initiative
**None**

## Description

**General Services Administration (GSA) seeks to lease the following space:**

State: California

City: San Jose

Delineated Area: Please see the attached Map

Minimum Sq. Ft. (ABOA): 15,000

Maximum Sq. Ft. (ABOA): 17,000

Space Type: Office, Detention

Parking Spaces (Total): 60

Parking Spaces (Surface): 60

Parking Spaces (Structured): 0

Parking Spaces (Reserved): 60

Full Term: 15 Years

Firm Term: 15 Years

Option Term: N/A

Additional Requirements:

- Offered space must be contiguous.
- Ground Floor Space Only
- Proof of zoning for a 4,000 SF Detention Center must be submitted with the expression of interest.
- A Sally Port, large enough to accommodate a large passenger bus, is required.

Offered space must meet Government requirements for fire safety, accessibility, seismic, and sustainability standards per the terms of the Lease. A fully serviced lease is required. Offered space shall not be in the 100 year flood plain.

Interested respondents may include building owners and representatives with the exclusive right to represent building owners. Representatives of building owners must include the exclusivity agreement, representation letter, listing contract or other executed agreement granting the exclusive

right to represent the building owner with their response to the advertisement.

***Entities are advised to familiarize themselves with the telecommunications prohibitions outlined under Section 889 of the FY19 National Defense Authorization Act (NDAA), as implemented by the Federal Acquisition Regulation (FAR). For more information, visit:***
*https://acquisition.gov/FAR-Case-2019-009/889_Part_B*.

Expressions of Interest Due: 1/22/2021

Market Survey (Estimated): 2/8/2021

Occupancy (Estimated): 9/1/2023

Send Expressions of Interest to: Michael Elson, Senior Associate

Carpenter/Robbins Commercial Real Estate, Inc.

Address: 2000 Crow Canyon Place, Suite 130, San Ramon, CA 94583

Office: 913-265-4309

Email Address: Michael.D.Elson@GSA.GOV

Government Contact Information

Lease Contracting Officer: Clara Lee

Broker: Lawrence Becker

## Contact Information

## Primary Point of Contact

**Michael Elson**

Email
**michael.d.elson@gsa.gov**

Phone Number
**913-265-4309**

## Alternative Point of Contact

**(blank)**

Email
(blank)

Phone Number
(blank)

## Contracting Office Address

PBS R00 CENTER FOR BROKER SERVICES
1800 F STREET NW
WASHINGTON, DC 20405 USA

## Attachments/Links

### Links

No links have been added to this opportunity.

**Attachments** Download All Request Access

| Document | File Size | Acce |
|---|---|---|
| 8CA3614 San Jose DA Map 11.2020.pdf | 93.2 KB | P |

### Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

### Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact

⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# EXHIBIT B

SAM.gov

https://sam.gov/workspace/contract/opp/0452f1ec30cc43ee9f885d68894a8e83/view

Chat

SAM.GOV®

Sign In

Home Search Data Bank Data Services Help

## Contract Opportunity

**Version** Current Record

- Current Record
- 2022-11-28 19:26:23
- 2022-11-28 13:25:28
- 2022-10-13 11:44:19
- 2022-10-12 18:47:46
- 2021-06-14 11:20:57
- 2021-06-11 16:46:29
- 2021-03-03 14:47:01
- 2021-03-03 14:20:19

- **Pre-Award**
  - **Solicitation Details**
    - **Classification**
    - **Description**
    - **Contact Information**
    - **Attachments/Links**

# General Services Administration Seeks Office and Related Space in San Jose, CA

● Inactiv

Notice ID
**8CA3614**

Related Notice
**(blank)**

Contract Opportunity Type
**Presolicitation**

Contract Line Item Number
**(blank)**

Inactive Dates
**Feb 06, 2021**

Inactive Policy
**15 days after response date**

**Dec 22, 2020 6:35 PM EST**

SAM.gov

https://sam.gov/workspace/contract/opp/b645f4b1e17149b0909fb5492cda57f0/view

An official website of the United States government Here's how you know

SAM.GOV

Sign In

Home Search Data Bank Data Services Help

Contract Opportunity

Version: Current Record

- Current Record
- 2024-08-09 14:58:19
- 2023-03-29 12:52:33
- Current Record

- Pre-Award
  - Solicitation Details
    - Classification
    - Description
    - Contact Information
    - Attachments/Links

# General Services Administration Seeks Office and Related Space in San Jose, CA

● Inactiv

| Notice ID | Contract Opportunity Type | Inactive Dates | Date Offers Due |
|---|---|---|---|
| **8CA3614** | **Solicitation** | **Aug 24, 2024** | **Aug 23, 2024 5:00 PM PDT** |
| Related Notice | Contract Line Item Number | Inactive Policy | Published Date |
| **8CA3614** | **(blank)** | **Manual** | **Aug 09, 2024 12:41 PM PDT** |

# EXHIBIT C

REDACTED

---

REDACTED

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Wednesday, August 2, 2023 6:23:39 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

Per our call today, attached to this email you will find a zoning letter that confirms the Federal Government leasing the subject property is exempt from local regulations. Please let me know if you have any additional questions.

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, August 2, 2023 12:01 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] Re: Customer inquiry

Samuel,

Following up. Do you have time for a 5 minute call.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Noah Zeligman
**Sent:** Tuesday, July 25, 2023 11:27:36 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hey Samuel,

Following up.

Thanks,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, July 20, 2023 10:28 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** Re: Customer inquiry

Hey Samuel,

Following up. Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Monday, July 17, 2023 3:32:22 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** Re: Customer inquiry

Hey Samuel,

Hope you had a nice weekend. Following up on how your meeting went.

Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, July 6, 2023 6:48:46 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** Re: Customer inquiry

Thank you sir. Let me know if there is anything else you need from me.

Thanks.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Thursday, July 6, 2023 6:47:53 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

I am well thank you for asking, I hope you enjoyed the holiday as well. I was not able to meet with management to discuss and had to reschedule the meeting to next week. Apologies for the delay, I will follow up with you after the meeting and more information for you.

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, July 6, 2023 11:46 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Morning Samuel,

Hope you had a nice 4th.

Just wanted to follow up.

Thanks,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Thursday, June 29, 2023 4:29 PM

**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

I am meeting with upper management to discuss the letter and the request and will follow up with you next week with an update.

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, June 29, 2023 4:27 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] Re: Customer inquiry

Hey Samuel,

Following up.

Thanks.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Noah Zeligman
**Sent:** Tuesday, June 27, 2023 11:06:04 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hi Samuel,

I just tried calling you.

Call me when you can.

Thanks,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman
**Sent:** Friday, June 23, 2023 11:53 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Samuel,

Sorry this took so long.

Please see attached.

Please let me know what next steps are.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Wednesday, February 8, 2023 2:19 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

We would require this letter to be on official government letter head and signed by a government official.

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110

Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, February 8, 2023 1:16 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Samuel,

Please see letter from DHS attached. Please let me know if you need anything else.

Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman
**Sent:** Thursday, January 12, 2023 3:55 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Samuel,

I just tried calling you again.

Please call me back.

Thanks,,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Friday, January 6, 2023 9:50 AM

**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

Do you have time today at 10:30 am (PST) for a call?

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 2:34 PM
**To:** Mikhail, Leza <leza.mikhail@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Cc:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Thank you Leza.

Samuel do you have a minute?

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Mikhail, Leza <leza.mikhail@pln.sccgov.org>
**Sent:** Thursday, January 5, 2023 2:33 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Cc:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hello Noah,
Please work with Principal Planner, Samuel Gutierrez.
He is Michael Shwe’s supervisor.

**LEZA MIKHAIL**
Deputy Director of Planning and Development, Planning Services

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Planning Division Inquiries: (408) 299-5700
Direct Line: (408) 299-5773
leza.mikhail@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

*Please visit our website.*
*Click here to look up unincorporated property zoning information.*
*Questions on the status of your permit? Please e-mail: PLN-PermitCenter@pln.sccgov.org*

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 2:11 PM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Mikhail, Leza <leza.mikhail@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Leza,

Hope all is well. Do you have a few minutes to chat about the parcel below.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Sent:** Thursday, January 5, 2023 10:51 AM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hi Noah, you can also contact Leza Mikhail, Planning Director at (408) 299-5773 and leza.mikhail@pln.sccgov.org.

Thanks,

Monique

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 10:43 AM
**To:** Shwe, Michael <michael.shwe@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>;

Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Hi Samuel,

Following up.

Thank you!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, January 4, 2023 2:36 PM
**To:** Shwe, Michael <michael.shwe@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** Re: Customer inquiry

Samuel,

Do you have a few minutes to discuss.

Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Shwe, Michael <michael.shwe@pln.sccgov.org>
**Sent:** Wednesday, January 4, 2023 9:29:58 AM
**To:** Noah Zeligman <noah@elmwoodcg.com>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hello Noah,

Are you available for a call this morning? Please let me know. Thanks.

**MICHAEL SHWE**
Assistant Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299-5714
michael.shwe@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your device. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, January 4, 2023 9:02 AM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Good Morning Everyone.

Is anyone free for a call today?

Thanks,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman
**Sent:** Tuesday, January 3, 2023 11:00 AM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Thank you Monique.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Sent:** Tuesday, January 3, 2023 10:48 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Cc:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** Customer inquiry

Hello, I took a message for customer Noah. He has planning questions regarding APN: 841-22-105 for Federal government use regarding non- conforming lease. He is asking if someone can contact him to discuss his questions further if possible. His contact information is below:

**Noah**
**(347) 208-2372**
**noah@elmwoodcg.com**

Thank you,

Monique Hackett
**Department of Planning and Development**
County of Santa Clara
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299-5741
monique.hackett@pln.sccgov.org

# **EXHIBIT D**

**County of Santa Clara**
**Department of Planning and Development**
County Government Center, East Wing, 7th Floor
70 West Hedding Street
San Jose, CA 95110
Phone: (408) 299-5700
www.sccplandev.org

May 11, 2023

Noah Zeligman
Elmwood Capital Group
noah@elmwoodcg.com

***BY EMAIL ONLY***

**SUBJECT:** Research Building at 7240 Holsclaw Road, Gilroy, CA (APN: 841-22-105)

Dear Mr. Zeligman:

The County has reviewed the documentation related to the intent of the United States General Services Administration (GSA) to lease the existing research building at 7240 Holsclaw Road, in unincorporated Santa Clara County near the City of Gilroy, which is zoned A-40Ac ("A" Exclusive Agriculture, "- 40 acres"). The existing research building was previously used for agricultural research pursuant to Architectural Site Approval and a Use Permit granted by the County under file No. 5261-1992.

The lease and operation of the building space under the GSA (Lease Solicitation No. 8CA3614) entirely for Federal Government use may proceed since the Federal Government is exempt from local regulations. Please be aware that any changes or alterations of the existing buildings or uses on the property by the GSA would not be transferable to future non-government tenants or property owners without first applying for permitting by the County of Santa Clara Department of Planning and Development.

If you have questions regarding this letter, please contact (408) 299-5787 or Samuel.gutierrez@pln.sccogov.org.

Sincerely,

DocuSigned by:
4BFDD21FF1FB4D2...

Samuel Gutierrez
Principal Planner

Board of Supervisors: Sylvia Arenas, Cindy Chavez, Otto Lee, Susan Ellenberg, S. Joseph Simitian
County Executive: Jeffrey V. Smith

# EXHIBIT E

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br><br>LEASE AMENDMENT | LEASE AMENDMENT No. 01<br><br>TO LEASE NO. GS-09P-LCA00783 |
|---|---|
| ADDRESS OF PREMISES<br>7240 Holsclaw Road<br>Gilroy, CA 95020-8027 | PDN Number: PS0060721 |

**THIS AMENDMENT** is made and entered into between

whose address is: 440 S. Doheny Drive, Beverly Hills, CA 90211-3511

hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government:

**WHEREAS** the parties hereto desire to amend the above Lease to (1) issue a Notice to Proceed (NTP) for the construction of Tenant Improvements (TIs) and Building Specific Amortized Capital (BSAC), (2) address how the Lessor will be paid for the total TI and BSAC costs, and (3) provide lump sum payment instructions for TI and BSAC overage.

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective upon execution by the Government, as follows:

1. **Paragraph 7.08 Notice to Proceed is hereby added as follows:**

**7.08 NOTICE TO PROCEED**

A) Following a Government review of submitted cost proposal dated February 23, 2026, (attached hereto as **Exhibit F**), the Government has determined that the bid(s) submitted are fair and reasonable. The Government hereby issues a Notice to Proceed for the construction of Tenant Improvements and Building Specific Amortized Capital (BSAC) at a cost not to exceed **$9,900,890.69.**

B) The Lessor shall construct all Tenant Improvements in accordance with the lease. Any change orders resulting in an increase in cost over the approved Notice to Proceed shall be approved by the GSA Lease Contracting Officer prior to work commencement.

2. **Paragraph 7.09 Reimbursement of Tenant Improvement Costs is hereby added as follows:**

This Lease Amendment contains 2 pages.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

**FOR THE LESSOR:**

Signed by:
Signature: ________________
CD5A0A6A39314C9...
Name: ____________________
Title: _Principal____________________
Entity Name: _ECG 6, LLC____________________
Date: _3/26/2026____________________

**FOR THE GOVERNMENT:**

DocuSigned by:
Signature: ________________
B34927DE737B434...
Name: ____________________
Title: __Lease Contacting Officer________
Date: __3/26/2026____________________

**WITNESSED FOR THE LESSOR BY:**

DocuSigned by:
Signature: ________________
6C55D0A1C7D147F...
Name: ____________________
Title: __Principal – ECG 6, LLC___________
Date: __3/26/2026____________________

**7.09 REIMBURSEMENT OF TENANT IMPROVEMENT COSTS**

The Government shall reimburse the Tenant Improvement cost of $9,900,890.69 after completion, inspections and acceptance of the design by the Government, as follows:

A. Tenant Improvement Allowance (TIA) - The amount of $1,040,740.00 over the firm term (15 years) at an interest rate of 8% per annum.

B. Building Specific Amortized Capital Allowance (BSAC) - The amount of $204,000 over the firm term (15 years) at an interest rate of 8% per annum.

C. Lump Sum Payment - The amount of $8,656,150.69

**3. Paragraph 7.10 Lump Sum Payment Instructions for Tenant Improvement Overage are hereby added as follows:**

**7.10 LUMP SUM PAYMENT INSTRUCTIONS FOR TENANT IMPROVEMENT OVERAGE**

Upon completion, inspection, and acceptance of the space as identified in Paragraph 4.10, the Lessor shall submit for lump sum payment, which will include an original and one copy of the invoice. The invoice shall not exceed **$8,656,150.69** and shall be submitted electronically by visiting the following website: https://finance.ocfo.gsa.gov/WebVendors/ and creating a new user account. Once you register in Web Vendor you will be assigned a User ID. The User ID will be emailed to you within 1-2 business days after registering. After you receive a User ID, you will be able to create your own password.

If you already have a Web Vendor account, please log in and submit your invoice.

To ensure timely processing of invoices. Please ensure that the invoice submitted has all required data necessary to process payment. A proper invoice must include the following:

- Invoice Date
- Unique Invoice Number
- Name of the Lessor as shown on the Lease
- Exact payment amount requested
- Lease contract number, building address, and a description, price, and quantity of the items delivered
- Annotation of GSA Pegasys Document Number ("PDN") (will be sent after Government executes this Lease Agreement)
- Name, title phone number, email, and mailing address of person to be notified in the event of a defective invoice

If the invoice is not submitted on company letterhead, it must be signed by person(s) with whom the Lease Contract is made.

Any questions regarding Web Vendor may be directed to FW-CustomerSupport@GSA.GOV. Please provide any details related to your issue for faster resolution.

A copy of the invoice shall be simultaneously submitted to the Leasing Specialist at: joseph.yu@gsa.gov.

**All other terms and conditions of the lease shall remain in force and effect.**

# LEASE NO. GS-09P-LCA00783 EXHIBIT F

| | | | | |
|---|---|---|---|---|
| GSA | TENANT IMPROVEMENTS COST SUMMARY (TICS) | | | |
| | **for** Tenant Improvement | | **ABOA SF=** | 21,818 |
| | **Agency:** ICE | | **TIA PER ABOA SF=** | $ 47.70 |
| February 15, 2026 | **Location:** Gilroy | | **TOTAL TIA** | $ 1,040,719 |
| | **RU Factor** | 1.10 | **RSF=** | 24,000 |
| **Masterformat CSI** | **System Elements** | | **TI*** | **SHELL**** |
| Div 1 | General Requirements | | $ 433,500.00 | $ 50,000.00 |
| Div 2 | Site work & Demolition | | $ 294,000.00 | $ 357,000.00 |
| Div 3 | Concrete | | $ 175,000.00 | $ - |
| Div 4 | Foundations / Masonry | | $ 69,000.00 | $ - |
| Div 5 | Metals | | $ 132,500.00 | $ - |
| Div 6 | Woods & Plastics | | $ 82,000.00 | $ - |
| Div 7 | Thermal & Moisture | | $ 45,000.00 | $ - |
| Div 8 | Doors & Windows | | $ 420,000.00 | $ 20,000.00 |
| Div 9 | Finishes | | $ 1,834,523.00 | $ - |
| Div 10 | Specialties | | $ 92,000.00 | $ - |
| Div 11 | Equipment | | $ 112,000.00 | $ - |
| Div 12 | Furnishings | | $ - | $ - |
| Div 13 | Special Construction | | $ - | $ - |
| Div 15 | General Construction | | $ - | $ - |
| Div 21 | Fire Suppression | | $ 202,600.00 | $ - |
| Div 22 | Plumbing | | $ 652,000.00 | $ 3,200.00 |
| Div 23 | HVAC | | $ 402,000.00 | $ 212,500.00 |
| Div 26.1 | Electrical | | $ 785,000.00 | $ - |
| Div 26.2 | Lighting | | $ 124,000.00 | $ 25,000.00 |
| Div 27 | Communications, Security & Other Elec. Systems | | $ 176,000.00 | $ - |
| Div 28.1 | Electrical safety & Security | | $ 148,100.00 | $ - |
| Div 28.2 | Security | | $ 967,836.00 | $ - |
| Div 32 | Exterior | | $ 375,000.00 | $ 65,000.00 |
| Subtotal | Trade Costs | | $ 7,522,059.00 | $ 732,700.00 |
| | General Contractor Fee | Percent | $ 526,544.13 | $ 51,289.00 |
| Subtotal | Construction Costs | | $ 8,048,603.13 | $ 783,989.00 |
| | Architectural & Engineering Fees (NIC DID costs) | Percent | $ 643,888.25 | $ 62,719.12 |
| | Other Lessor Costs Established Under the Lease | | $ 475,000.00 | $ - |
| Subtotal | Lessor's Costs: | | **$ 9,167,491.38** | **$ 846,708.12** |
| | Lessor's Project Management Fee | Percent | $ 733,399.31 | [redacted] |
| Total | **Price to Government:** | | **$ 9,900,890.69** | |
| | | Cost per ABOA SF | $ 453.79 | $ 38.81 |
| | | Cost per RSF | $ 412.54 | $ 35.28 |

**Notes:**
* Include all subcontractors' costs.
** Shell and core work items within tenant space will include those items for a warm lit shell. Please refer to the SHELL DEFINITIONS tab, and the lease for further information.



LESSOR: ES GOVERNMENT: JY

# **EXHIBIT F**

**REDACTED**

**REDACTED**

**From:** Elliot Sassover <Elliot@elmwoodcg.com>
**Date:** Thursday, November 17, 2022 at 1:14 PM
**To:** Johnston, Matthew <Matthew.Johnston@colliers.com>; Abbasi, Victoria <Victoria.Abbasi@colliers.com>
**Subject:** FW: (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question

Thanks,

Elliot Sassover
Elmwood Capital Group

Elliot@elmwoodcg.com
Mobile: (310) 310-0317
BRE License No: 02045405

---

**From:** Michael Elson - PRAA-C <michael.d.elson@gsa.gov>
**Sent:** Tuesday, November 8, 2022 2:19 PM
**To:** Elliot Sassover <Elliot@elmwoodcg.com>; Max Stern <max@elmwoodcg.com>; Noah Zeligman <noah@elmwoodcg.com>
**Subject:** Fwd: (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question

FYI below

Thank you!

---------- Forwarded message ---------
From: **Lusk, Harvey H** <Harvey.H.Lusk@ice.dhs.gov>
Date: Fri, Nov 4, 2022 at 6:29 PM
Subject: RE: (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question
To: Michael Elson - PRAA-C <michael.d.elson@gsa.gov>
CC: Peter Shteyn - 9PRB <peter.shteyn@gsa.gov>, David Gutierrez - 9PRD <david.gutierrez2@gsa.gov>, GREX App <g-rex.file@gsa.gov>

1. Number of employees; Fewer than 50

2. Maximum and typical number of detained individuals; Maximum – Fewer than 100 (depending on facility size). Typical – Fewer than 5

3. How people are transported to the site; Some will arrive on their own, some will be brought by government vehicles.

4. Type and number of vehicles used to transport people to the site; Passenger car, van, bus. Buses are rare and none are currently assigned

to this region.

5. How people are detained (i.e. jail cells, open room, etc.); Secure cells. Some with higher capacity, and some smaller cells for separating individuals or groups as needed (gender, gang affiliation, or other special needs to maintain a safe environment for all). No one is held over 12 hours (typical time is less than 4 hours)

6. How the center operates. This would be a regular ERO facility with administrative staff, ERO Officers, and contract employees. There would be office/mission/administrative space, a public lobby and check-in area, under 12 hour holding cells, processing area, a sally port, secured parking, and public parking (as space allows). As this is not a detention center, individuals would not be kept in the holding cells for more than 12 hours, and there is no overnight housing or beds on site. There is no medical staff or services on site. In general subjects would come to or be brought to the facility for the following reasons:

- To check in with their case officer
- To be processed after arrest, which may include fingerprinting, photographing, service of paperwork, etc.
- To request information or assistance with a case
- To visit someone in our custody (usually attorneys and family members during the <12hr processing time)

Please outline a typical process starting from the time a detainee is transferred onto the property to the time that person is transferred off the property. This information will help our staff determine the appropriate zone for this use. For someone who is newly in our custody, they would be brought to the facility, fingerprinted, photographed, and served case paperwork. They would be provided access to restrooms, phone, and food/water if needed. During their time at the facility, and barring unusual circumstances, they can receive visits from attorneys and family members. At the conclusion of their processing and depending on the status of their case, they would be released, transferred to an overnight detention center, or removed to their designated country.

**Harvey Lusk Jr., RA, NCARB**
USICE/OAFM West

**From:** Michael Elson - PRAA-C <michael.d.elson@gsa.gov>
**Sent:** Wednesday, November 2, 2022 11:58 AM
**To:** Lusk, Harvey H <Harvey.H.Lusk@ice.dhs.gov>
**Cc:** Peter Shteyn - 9PRB <peter.shteyn@gsa.gov>; David Gutierrez - 9PRD <david.gutierrez2@gsa.gov>; GREX App <g-rex.file@gsa.gov>
**Subject:** Re: (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Harvey,

Any update?

Thank you!

Michael Elson, Director of Government Services (Contractor)
Michael.D.Elson@GSA.GOV
(913) 265-4309 (Cell)
GSA Broker Services Contractor,
Carpenter/Robbins Commercial Real Estate, Inc
2000 Crow Canyon Place, Suite 130
San Ramon, CA 94583
DRE # 02123276
GLS Contract # GS-00-P-15-BQ-D-7016
GLS Plus Contract #47PA0520D0007

On Tue, Oct 25, 2022 at 11:13 AM Lusk, Harvey H <Harvey.H.Lusk@ice.dhs.gov> wrote:

> Thanks Michael. I will send this over to Darin to have him provide some of the info I don't have.
>
> **Harvey Lusk Jr., RA, NCARB**
> USICE/OAFM West
>
> **From:** Michael Elson - PRAA-C <michael.d.elson@gsa.gov>
> **Sent:** Tuesday, October 25, 2022 11:09 AM
> **To:** Lusk, Harvey H <harvey.h.lusk@ice.dhs.gov>
> **Cc:** Peter Shteyn - 9PRB <peter.shteyn@gsa.gov>; David Gutierrez - 9PRD <david.gutierrez2@gsa.gov>; GREX App <g-rex.file@gsa.gov>
> **Subject:** (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question
>
> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.
>
> Harvey,
>
> I have someone expressing interest who is verifying that Gilroy would approve their property for ICE's proposed use and the city wanted the information listed in blue below. I have attached a copy of the SF-81 that shows 48 FTE, but wanted to verify that is still accurate before adding that into the response. If you could turn this around by Friday, I would appreciate it. Thank you!

**Exhibit B-Agency Requirements.pdf**

1. Number of employees;
2. Maximum and typical number of detained individuals;
3. How people are transported to the site;
4. Type and number of vehicles used to transport people to the site;
5. How people are detained (i.e. jail cells, open room, etc.); and
6. How the center operates.

Please outline a typical process starting from the time a detainee is transferred onto the property to the time that person is transferred off the property. This information will help our staff determine the appropriate zone for this use. You can email the statement to me directly.

Michael Elson, Director of Government Services (Contractor)
Michael.D.Elson@GSA.GOV
(913) 265-4309 (Cell)
GSA Broker Services Contractor,
Carpenter/Robbins Commercial Real Estate, Inc
2000 Crow Canyon Place, Suite 130
San Ramon, CA 94583
DRE # 02123276
GLS Contract # GS-00-P-15-BQ-D-7016
GLS Plus Contract #47PA0520D0007

—

Michael Elson
Senior Associate
Carpenter/Robbins Commercial Real Estate, Inc
2000 Crow Canyon Place, Suite 130
San Ramon, CA 94583
Michael.D.Elson@GSA.GOV
(913) 265-4309 (Cell)
GLS Contract # GS-00-P-15-BQ-D-7016
GLS Plus Contract #47PA0520D0007

# EXHIBIT G

[redacted]

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Date:** Friday, June 23, 2023 at 11:52 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Samuel,

Sorry this took so long.

Please see attached.

Please let me know what next steps are.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Wednesday, February 8, 2023 2:19 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>

**Subject:** RE: Customer inquiry

Hello Noah,

We would require this letter to be on official government letter head and signed by a government official.

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, February 8, 2023 1:16 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Samuel,

Please see letter from DHS attached. Please let me know if you need anything else.

Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman
**Sent:** Thursday, January 12, 2023 3:55 PM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Samuel,

I just tried calling you again.

Please call me back.

Thanks,,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Sent:** Friday, January 6, 2023 9:50 AM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hello Noah,

Do you have time today at 10:30 am (PST) for a call?

Best Regards,

**Samuel Gutierrez**
Principal Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299 - 5787
samuel.gutierrez@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering,

distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 2:34 PM
**To:** Mikhail, Leza <leza.mikhail@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Cc:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Thank you Leza.

Samuel do you have a minute?

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Mikhail, Leza <leza.mikhail@pln.sccgov.org>
**Sent:** Thursday, January 5, 2023 2:33 PM
**To:** Noah Zeligman <noah@elmwoodcg.com>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Cc:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hello Noah,
Please work with Principal Planner, Samuel Gutierrez.
He is Michael Shwe's supervisor.

**LEZA MIKHAIL**
Deputy Director of Planning and Development, Planning Services

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Planning Division Inquiries: (408) 299-5700
Direct Line: (408) 299-5773
leza.mikhail@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient,

you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your computer. If you have received this message in error, please notify the sender by return email.

*Please visit our website.*
*Click here to look up unincorporated property zoning information.*
*Questions on the status of your permit? Please e-mail: PLN-PermitCenter@pln.sccgov.org*

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 2:11 PM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Mikhail, Leza <leza.mikhail@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Leza,

Hope all is well. Do you have a few minutes to chat about the parcel below.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Sent:** Thursday, January 5, 2023 10:51 AM
**To:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** RE: Customer inquiry

Hi Noah, you can also contact Leza Mikhail, Planning Director at (408) 299-5773 and leza.mikhail@pln.sccgov.org.

Thanks,

Monique

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Thursday, January 5, 2023 10:43 AM
**To:** Shwe, Michael <michael.shwe@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Hi Samuel,

Following up.

Thank you!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, January 4, 2023 2:36 PM
**To:** Shwe, Michael <michael.shwe@pln.sccgov.org>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** Re: Customer inquiry

Samuel,

Do you have a few minutes to discuss.

Thanks!

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

---

**From:** Shwe, Michael <michael.shwe@pln.sccgov.org>
**Sent:** Wednesday, January 4, 2023 9:29:58 AM
**To:** Noah Zeligman <noah@elmwoodcg.com>; Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Hello Noah,

Are you available for a call this morning? Please let me know. Thanks.

**MICHAEL SHWE**
Assistant Planner

**Department of Planning and Development**
**County of Santa Clara**
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110
Phone: (408) 299-5714
michael.shwe@pln.sccgov.org

**CONFIDENTIALITY NOTICE**: This email message and/or its attachments may contain information that is confidential or restricted. It is intended only for the individuals named as recipients in the message. If you are NOT an authorized recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others and must delete the message from your device. If you have received this message in error, please notify the sender by return email.

---

**From:** Noah Zeligman <noah@elmwoodcg.com>
**Sent:** Wednesday, January 4, 2023 9:02 AM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Subject:** [EXTERNAL] RE: Customer inquiry

Good Morning Everyone.

Is anyone free for a call today?

Thanks,

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372

ELMWOOD
CAPITAL GROUP

---

**From:** Noah Zeligman
**Sent:** Tuesday, January 3, 2023 11:00 AM
**To:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>; Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Subject:** RE: Customer inquiry

Thank you Monique.

**Noah Zeligman**
noah@elmwoodcg.com
347.208.2372
ELMWOOD
CAPITAL GROUP

---

**From:** Hackett, Monique <Monique.Hackett@PLN.SCCGOV.ORG>
**Sent:** Tuesday, January 3, 2023 10:48 AM
**To:** Gutierrez, Samuel <samuel.gutierrez@pln.sccgov.org>; Shwe, Michael <michael.shwe@pln.sccgov.org>
**Cc:** Noah Zeligman <noah@elmwoodcg.com>
**Subject:** Customer inquiry

Hello, I took a message for customer Noah. He has planning questions regarding APN: 841-22-105 for Federal government use regarding non- conforming lease. He is asking if someone can contact him to discuss his questions further if possible. His contact information is below:

**Noah**
**(347) 208-2372**
**noah@elmwoodcg.com**

Thank you,

**Monique Hackett**
**Department of Planning and Development**
County of Santa Clara
70 W. Hedding Street | 7th Floor | East Wing
San Jose | CA 95110

Phone: (408) 299-5741
**monique.hackett@pln.sccgov.org**

# **EXHIBIT H**

BOK FINANCIAL

PAYMENT PROCESSING CENTER
P.O. BOX 248817
OKLAHOMA CITY, OK 73124-8817

08 ACBS 08652 AT 600 0

00000008 00016 0001-0002 TB067MP0722260526150 01 L 0000120 1000

## LOAN STATEMENT

00000008 TB067MP0722260526150 01 100000000 0000120 002
ECG 6 LLC
9460 WILSHIRE BOULEVARD STE 410
BEVERLY HILLS, CA 90212



## LOAN INVOICE SUMMARY

| | | | |
|---|---|---|---|
| CUSTOMER NUMBER: | 08-20176262 | ENDING PRINCIPAL BALANCE: | $4,926,818.97 |
| FACILITY NUMBER: | 509901 | PRINCIPAL DUE: | $0.00 |
| ACCOUNT NUMBER: | 509640 | INTEREST DUE: | $30,055.40 |
| STATEMENT DATE: | 07/21/26 | CURRENT DUE AMOUNT: | $30,055.40 |
| PAYMENT DUE DATE: | 08/03/26 | PAST DUE AMOUNT: | $0.00 |
| | | LATE CHARGES: | $0.00 |
| | | FEES DUE: | $0.00 |
| | | TOTAL PAYMENT DUE: | $30,055.40 |

PLEASE RETURN THE BOTTOM SECTION WITH YOUR PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS.

Services provided by BOKF, NA. Member FDIC. Equal Housing Lender.

08 ACBS 08652 AT 600 0

BOK FINANCIAL

PAYMENT PROCESSING CENTER
P.O. BOX 248817
OKLAHOMA CITY, OK 73124-8817

ACCOUNT NUMBER: 509640
FACILITY NUMBER: 509901

| LOAN STATEMENT | | | |
|---|---|---|---|
| PAYMENT DUE DATE: | 08/03/26 | LATE CHARGES: | $0.00 |
| PRINCIPAL DUE: | $0.00 | FEES DUE: | $0.00 |
| INTEREST DUE: | $30,055.40 | PAST DUE: | $0.00 |

**PAYMENT DUE: $30,055.40**

*Additional Principal: $__________
TOTAL PAYMENT: $__________
*Additional principal will only be credited if all unpaid fees/charges are satisfied.

MAIL PAYMENTS TO:
PAYMENT PROCESSING CENTER
P.O. BOX 248817
OKLAHOMA CITY, OK 73124-8817

ECG 6 LLC
9460 WILSHIRE BOULEVARD STE 410
BEVERLY HILLS, CA 90212

⑆5008⑈8100⑆ 000509640⑈

BOK FINANCIAL

PAYMENT PROCESSING CENTER
P.O. BOX 248817
OKLAHOMA CITY, OK 73124-8817

08 ACBS 08652 AT 600 0

00000008 00017 0003-0002 TB067MP07222260526150 01 L 0000120 1000

ECG 6 LLC
ACCOUNT NUMBER: 509640
FACILITY NUMBER: 509901

**LOAN STATEMENT**



**INTEREST ACCRUAL ACTIVITY**

| FROM DATE | TO DATE | NO. OF DAYS | BALANCE | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07-01-26 | 07-17-26 | 16 | $4,926,818.97 | 6.652610% | $14,567.20 |
| 07-17-26 | 08-03-26 | 17 | $4,926,818.97 | 6.652610% | $15,477.66 |
| ADJUSTMENT AMOUNT | | | | | $10.54 |
| TOTAL INTEREST ACCRUAL | | 33 | | | $30,055.40 |

**TRANSACTION ACTIVITY**

| EFFECTIVE DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|
| 07-01-26 | INTEREST PAYMENT | $24,679.91 |
| 07-01-26 | LOAN DISBURSEMENT | $24,679.91 |

ENDING PRINCIPAL BALANCE $4,926,818.97

Services provided by BOKF, NA. Member FDIC. Equal Housing Lender.