TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
ELIZABETH G. PIANCA, SBN 241244
Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
SONIA N. WILLS, SBN 259892
CRISTINA STELLA, SBN 305475
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
LEILY ARZY, SBN 364187
Litigation Fellow
OFFICE OF THE COUNTY COUNSEL
70 West Hedding St., East Wing, Ninth Fl.
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
cristina.stella@cco.sccgov.org
rajiv.narayan@cco.sccgov.org

WILLIAM J. WHITE, SBN 181441
MATTHEW D. ZINN, SBN 214587
CALEB E. HERSH, SBN 356318
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
white@smwlaw.com
zinn@smwlaw.com
chersh@smwlaw.com

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROB BONTA, Attorney General of California
ABIGAIL BLODGETT, Supervising Deputy Attorney General
STACY LAU, SBN 254507
ASHLEY WERNER, SBN 282217
JESSICA DURNEY, SBN 326816
ERIN GANAHL, SBN 248472
Deputy Attorneys General
1515 Clay St., 20th Fl.
Oakland, California 94612-0550
Telephone: (510) 879-1973
Facsimile: (510) 622-2270
stacy.lau@doj.ca.gov

Attorneys for Plaintiff
STATE OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,

Plaintiffs,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

Case No. 5:26-cv-05604-EKL

**~~[PROPOSED]~~ ORDER GRANTING CONSOLIDATED REPLY BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Judge: Hon. Eumi K. Lee

**~~[PROPOSED]~~ ORDER**

Before the Court is the parties' Stipulation Regarding Consolidated Reply Briefing on Plaintiffs' Motion for Preliminary Injunction pursuant to Civil Local Rule 7-12. Having considered the Stipulation, the Court hereby grants the request for a consolidated reply brief. Plaintiffs may submit one consolidated reply brief not exceeding 25 pages in response to Defendants' opposition briefs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 14, 2026

Respectfully submitted,

HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE