TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
ELIZABETH G. PIANCA, SBN 241244
Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
SONIA N. WILLS, SBN 259892
CRISTINA STELLA, SBN 305475
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
LEILY ARZY, SBN 364187
Litigation Fellow
OFFICE OF THE COUNTY COUNSEL
70 West Hedding St., East Wing, Ninth Fl.
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
rajiv.narayan@cco.sccgov.org
cristina.stella@cco.sccgov.org

WILLIAM J. WHITE, SBN 181441
MATTHEW D. ZINN, SBN 214587
CALEB E. HERSH, SBN 356318
SHUTE, MIHALY & WEINBERGER LLP
550 California St., Ste. 1200
San Francisco, California 94104
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
White@smwlaw.com
Zinn@smwlaw.com
Chersh@smwlaw.com

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROB BONTA, Attorney General of California
ABIGAIL BLODGETT, SBN 278813
Supervising Deputy Attorney General
STACY LAU, SBN 254507
ASHLEY WERNER, SBN 282217
JESSICA DURNEY, SBN 326816
ERIN GANAHL, SBN 248472
Deputy Attorneys General
1515 Clay St., 20th Fl.
Oakland, California 94612-0550
Telephone: (510) 879-1973
Facsimile: (510) 622-2270
stacy.lau@doj.ca.gov

Attorneys for Plaintiff
STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,

Plaintiffs,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

No. 5:26-cv-05604-EKL

**DECLARATION OF DARIUS HAGHIGHI IN SUPPORT OF PLAINTIFFS' REPLY**

Date: September 8, 2026
Time: 2:00 pm
Location: Courtroom 7, 4th Floor

Hon. Eumi K. Lee

I, Darius Haghighi, declare as follows:

1. I am the Environmental Health Program Manager for the Land Use Program within the County of Santa Clara ("County") Department of Public Health, Environmental Health Branch (EHB). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiffs' Reply to their Motion for Preliminary Injunction in the above-titled action.

2. I have reviewed aerial images of 7240 Holsclaw Road, Gilroy, California, Assessor's Parcel Number 841-22-105 ("Holsclaw Property"), that are available on a website that offers aerial images of properties across the United States and are dated June 10, 2026. A true and correct copy of the images I reviewed are attached hereto as Exhibit A.

3. Based on my review, these photos appear to show exterior trenching for new septic system piping (called "tightlines") running from the main building and proposed gymnasium to the existing septic tank. Tightlines are constructed to carry wastewater flows from inside the buildings, and I believe they are being constructed here to connect new plumbing fixtures installed within the structures to accommodate increased wastewater flows from the new proposed use of the facility.

4. These additional wastewater flows will act to further inundate the existing septic system, as explained in my earlier declaration (ECF No. 27).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of August, 2026, at San José, California.

*/s/ Darius Haghighi*

DARIUS HAGHIGHI

I, Matthew D. Zinn, hereby attest that the above signatory has concurred in the filing of this document.

*/s/ Matthew D. Zinn*

# Exhibit A



Aerial image of 7240 Holsclaw Road, Gilroy, California dated June 10, 2026.



Aerial image of 7240 Holsclaw Road, Gilroy, California dated June 10, 2026.



Aerial image of 7240 Holsclaw Road, Gilroy, California dated June 10, 2026.



Aerial image of 7240 Holsclaw Road, Gilroy, California dated June 10, 2026.