TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
ELIZABETH G. PIANCA, SBN 241244
Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
SONIA N. WILLS, SBN 259892
CRISTINA STELLA, SBN 305475
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
LEILY ARZY, SBN 364187
Litigation Fellow
OFFICE OF THE COUNTY COUNSEL
70 West Hedding St., East Wing, Ninth Fl.
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
rajiv.narayan@cco.sccgov.org
cristina.stella@cco.sccgov.org

WILLIAM J. WHITE, SBN 181441
MATTHEW D. ZINN, SBN 214587
CALEB E. HERSH, SBN 356318
SHUTE, MIHALY & WEINBERGER LLP
550 California St., Ste. 1200
San Francisco, California 94104
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
White@smwlaw.com
Zinn@smwlaw.com
Chersh@smwlaw.com

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

ROB BONTA, Attorney General of California
ABIGAIL BLODGETT, SBN 278813
Supervising Deputy Attorney General
STACY LAU, SBN 254507
ASHLEY WERNER, SBN 282217
JESSICA DURNEY, SBN 326816
ERIN GANAHL, SBN 248472
Deputy Attorneys General
1515 Clay St., 20th Fl.
Oakland, California 94612-0550
Telephone: (510) 879-1973
Facsimile: (510) 622-2270
stacy.lau@doj.ca.gov

Attorneys for Plaintiff
STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,

Plaintiffs,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

No. 5:26-cv-05604-EKL

**DECLARATION OF TANAYA FARAHANI IN SUPPORT OF PLAINTIFFS' REPLY**

Date: September 8, 2026
Time: 2:00 pm
Location: Courtroom 7, 4th Floor

Hon. Eumi K. Lee

I, Tanaya Farahani, declare as follows:

1. I am the Administrative Support Officer for the Environmental Health Branch (EHB) of the County of Santa Clara Department of Public Health. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiffs' Reply to their Motion for Preliminary Injunction in the above-titled action.

2. I oversee the Administrative Support team for EHB, and in that capacity I am responsible for overseeing the Administrative Support team's responses to public records requests under the California Public Records Act on behalf of EHB, including the Hazardous Materials Compliance Division (HMCD).

3. On August 21, 2023, EHB received a public records request from Megan Salcido on behalf of AEI Consultants. The request sought "electronic copies of all historical and current records on file pertaining to aboveground/underground storage tanks, hazardous material use, hazardous waste generation (permits, inspections, HMBPs, etc), or release case/subsurface investigations for the following address: 7240 Holsclaw Road, Gilroy 95020."

4. On August 28, 2023, a member of EHB's Administrative Support team provided responsive records from HMCD dating back to 1993, including inventories of hazardous materials and chemicals; Aboveground Separation, Containment, and Monitoring Plans; Facility File Information; Notices to Comply; and Notices of Inspection.

5. EHB's transmittal to Ms. Salcido also supplied hyperlinks to the Local Oversight Program, GEOTracker, and the California Office of Emergency Services Spill Reports websites and explained additional responsive documents may be available on those sites. The transmittal also stated, "Please be advised that in some cities, other participating agencies may be responsible for maintaining the type of files you requested. This link may be of assistance in determining who will have the documents you are looking for in the future: [UNIDOCS – Who regulates what in Santa Clara County]."

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of August, 2026, at San José, California.

*/s/ Tanaya Farahani*
TANAYA FARAHANI

I, Matthew D. Zinn, hereby attest that the above signatory has concurred in the filing of this document.

*/s/ Matthew D. Zinn*