UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA, et al.,

Plaintiffs,

v.

UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,

Defendants.

Case No. 26-cv-05604-EKL

**TENTATIVE RULING**

This case is scheduled for an in-person hearing on September 8, 2026, at 2:00 p.m. The Court will hear argument on Plaintiffs' motion for a preliminary injunction to halt the construction of an Immigration and Customs Enforcement holding facility in Gilroy, California. Each side will be provided approximately 20 to 30 minutes for argument; the Court expects that argument will conclude within an hour. The Court provides this tentative ruling to guide the parties' arguments. No party shall file any written response to the tentative ruling. The tentative ruling is not the Court's final decision, and the parties are strictly prohibited from citing or relying on the tentative ruling in any action for any reason.

Having reviewed the parties' submissions, the Court is inclined to grant a preliminary injunction. The Court is inclined to find that Plaintiffs have shown a likelihood of success on their claim brought under the National Environmental Policy Act ("NEPA"). The Court is also inclined to find that Plaintiffs have satisfied the other requirements to obtain a preliminary injunction. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

In advance of the hearing, the parties shall meet and confer and be prepared to discuss potential modifications to Plaintiffs' proposed order. *See* ECF No. 24-1. For example, the parties should consider incorporating provisions like those in the stipulated stay order in *Arizona v.*

United States District Court
Northern District of California

TENTATIVE

United States District Court
Northern District of California

*Mullin*, No. CV-26-02857-PHX-SMB (D. Ariz. July 8, 2026), ECF No. 19. The parties should also meet and confer, and be prepared to address at the hearing, whether such modifications to the proposed order would reduce the need for a bond or the amount of a bond if one is required.

Finally, the parties should meet and confer and be prepared to propose a schedule for further proceedings on the assumption that a preliminary injunction will be entered.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Eumi K. Lee
United States District Judge

TENTATIVE