CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
KRYSTAL-ROSE PEREZ (Texas Bar No. 24105931)
Senior Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. 5:26-cv-05604-EKL<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Date: January 6, 2027<br>Time: 10:00 am<br>Location: Courtroom 7, 4th Floor<br><br>Judge: Hon. Eumi K. Lee |

The Court heard the Motion to Dismiss filed by Federal Defendants on January 6, 2027. Having considered the papers filed in support of, and in opposition to the motion, oral argument of counsel, and all other pleadings and papers on file herein, the Court GRANTS Federal Defendants' Motion.

The United States, as the sovereign, is immune from the jurisdiction of the courts except to the extent it has waived its immunity. *FDIC v. Meyer*, 510 U.S. 471, 475 (1994); *see also Chadd v. United States*, 794 F.3d 1104, 1108 (9th Cir. 2015). The scope of a waiver of sovereign immunity is to be strictly construed in favor of the sovereign and must be "unequivocally expressed" in the text of the statute. *Lane v. Pena*, 518 U.S. 187, 192 (1996). "Sovereign immunity is jurisdictional in nature." *Meyer*, 510 U.S. at 475. If the United States has not consented to be sued on a claim, a court lacks subject matter jurisdiction over the claim. *United States v. Mitchell*, 463 U.S. 206, 212 (1983); *Consejo de Desarollo Economico de Mexicali, A.C. v. United States*, 482 F.3d 1157, 1173 (9th Cir. 2007).

Plaintiffs have not shown that this Court has jurisdiction over their claims under the Immigration and Nationality Act, 8 U.S.C. § 1231(g), as asserted in Counts 2 and 3 of their Complaint. 5 U.S.C.§ 1231(g)(1) gives both responsibility and broad discretion to the Secretary of Homeland Security "to choose the place of detention for deportable aliens." *Geo Grp., Inc. v. Newsom*, 50 F.4th 745, 751 (9th Cir. 2022) (en banc). Because the decision of where to locate such facilities is within the discretion of the Secretary, this Court lacks jurisdiction to review those decisions under 8 U.S.C. § 1252(a)(2)(B)(ii). Additionally, the injunctive relief that Plaintiffs have requested would contravene 8 U.S.C. § 1252(f), and Plaintiffs have not shown that they even have a right to enforce 8 U.S.C. § 1231(g). Assuming, *arguendo*, that they did have a right to sue, Plaintiffs have not plausibly alleged any failure by the Federal Defendants to follow the text of § 1231(g)(2). Accordingly, Counts 2 and 3 of Plaintiffs' Complaint are DISMISSED WITH PREJUDICE.

Plaintiffs have not shown that this Court has jurisdiction over their claims against Federal Defendants for breach of a Williamson Act contract, as alleged in Count 5 of their Complaint. The United States has not waived its sovereign immunity for Plaintiffs' contract claims. *See, e.g.*, *N. Star Alaska v. United States*, 14 F.3d 36, 38 (9th Cir. 1994); *Tucson Airport Auth. v. Gen. Dynamics Corp.*, 136 F.3d 641, 646-47 (9th Cir. 1998). Even if Plaintiffs could identify a waiver of sovereign immunity, Plaintiffs have failed to state a claim because they have not alleged that the Federal Defendants, as lessees, are

parties to any Williamson Act contract, much less that the Federal Defendants breached any contract. Accordingly, Count 5 of the Complaint, as asserted against Federal Defendants, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: ____________

______________________________________
HONORABLE EUMI K. LEE
United States District Judge