Gregory A. Nylen (SBN CA 151129)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
nyleng@gtlaw.com

Stacey M. Bosshardt (SBN CA 255231)
Dominic E. Draye (SBN CA 267079)
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, D.C. 20037
Telephone: 202.331.3100
Facsimile: 202.331.3101
drayed@gtlaw.com
Stacey.Bosshardt@gtlaw.com

Attorneys for Defendant ECG6 LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, by and through Attorney General Rob Bonta,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. 5:26-cv-5604-EKL<br><br>Assigned to the Honorable Eumi K. Lee<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ECG6 LLC'S MOTION TO DISMISS**<br><br>Date: January 6, 2027<br>Time: 10:00 a.m.<br>Courtroom: 7, 4th Floor<br><br>Action Filed: June 10, 2026 |

**[PROPOSED] ORDER**

Defendant ECG6 LLC's Motion to Dismiss in the above-captioned action came for hearing on January 6, 2027, the Honorable Eumi K. Lee presiding.

Having read and considered the papers filed in support of and in opposition to the Motion, the pleadings in this action, and the arguments of counsel, in accordance with Federal Rule of Civil Procedure

12(b)(1) and 12(b)(6) and for good cause shown, it is hereby:

1. **ORDERED** that Defendant ECG6 LLC's Motion is **GRANTED** in its entirety, and Counts One and Five of the Complaint as to Defendant ECG6 LLC are dismissed with prejudice.

Dated this ____ day of ______________, 20___

______________________________
Hon. Eumi K. Lee
UNITED STATES DISTRICT JUDGE