CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. 5 :26-cv-05604-EKL<br><br>**ADMINISTRATIVE RECORD OF DHS, MARKWAYNE MULLIN, ICE, AND DAVID VENTURELLA** |

Defendants U.S. Department of Homeland Security, Markwayne Mullin, Secretary of Homeland Security, United States Immigration & Customs Enforcement, and David Venturella, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement submit the attached certified administrative record concerning the lease executed between the U.S. General Services Administration and lessor EGC 6, LLC on January 8, 2025 for the property located at 7240 Holsclaw Road, Gilroy, California, 95020.[1] Federal Defendants may supplement the administrative record in the future if any later agency analysis occurs.

//

//

[1] Five pages of this record contain redactions to information that is irrelevant to the claims in this case but could allow criminal actors to disrupt law enforcement efforts if disseminated publicly. Defendants are willing to submit this information under seal upon request by Plaintiffs or the Court, following entry of a suitable protective order.

DATED: November 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. 5:26-cv-05604-EKL<br><br>**CERTIFICATION OF THE ADMINISTRATIVE RECORD (DHS AND ICE)** |

I, Darin Momrow, Assistant Field Office Director, San Jose Sub-Office, Enforcement and Removal Operations, U.S. Immigration and Custom Enforcement (ICE), pursuant to 28 U.S.C. § 1746, under penalty of perjury, certify that, to the best of my knowledge and based on the information presented to me, the materials described in the accompanying index comprise the complete, non-privileged administrative record of the U.S. Department of Homeland Security and ICE concerning the lease executed between General Services Administration and lessor EGC 6, LLC on January 8, 2025 for the property located at 7240 Holsclaw Road, Gilroy, California, 95020.

Executed this 13th day of November, 2026

Darin Momrow
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUNTY OF SANTA CLARA; STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL ROB BONTA,

Plaintiffs,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.

Defendants.

CASE NO. 5:26-CV-5604-EKL

**INDEX TO THE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AND DEPARTMENT OF HOMELAND SECURITY CERTIFIED ADMINISTRATIVE RECORD**

HONORABLE EUMI K. LEE

**ADMINISTRATIVE RECORD INDEX**

| DATE & TIME | DOCUMENT NAME | DOCUMENT TYPE | BATES BEGIN | BATES END |
|---|---|---|---|---|
| 12/03/2024 03:20:24 AM | Re WR_RWAs NOT Fully Executable as of 8.12.2024.xlsx (PRO-18-ERO-0147) | Email | ICE-AR-00001 | ICE-AR-00015 |
| 11/25/2024 04:58:53 PM | GS-09P-LCA00783 Lease w Exhibits | Email Attachment | ICE-AR-00016 | ICE-AR-00194 |

| | | | | |
|---|---|---|---|---|
| 12/12/2024 07:25:28 PM | FW 100 Year Flood Plain concurrence needed | Email | ICE-AR-00195 | ICE-AR-00196 |
| 12/12/2024 07:10:00 PM | 7240 Holsclaw Justification for No Practicable Alternatives | Email Attachment | ICE-AR-00197 | ICE-AR-00200 |
| 12/18/2024 12:31:07 AM | RE 100 Year Flood Plain concurrence needed | Email | ICE-AR-00201 | ICE-AR-00204 |
| 01/23/2023 03:38:26 PM | Critical Action Letter | Email Attachment | ICE-AR-00205 | ICE-AR-00207 |
| 12/18/2024 06:58:04 PM | FW 100 Year Flood Plain concurrence needed | Email | ICE-AR-00208 | ICE-AR-00208 |
| 12/12/2024 07:10:00 PM | 7240 Holsclaw Justification for No Practicable Alternatives | Email Attachment | ICE-AR-00209 | ICE-AR-00212 |
| 01/23/2023 03:40:22 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Pre Solicitation Advertisement Posted on SAM.GOV | Email | ICE-AR-00213 | ICE-AR-00221 |
| 01/23/2023 03:38:26 PM | Critical Action Letter | Email Attachment | ICE-AR-00222 | ICE-AR-00224 |
| 12/18/2023 05:17:14 PM | FW RPMS Notification - Returned Record (Funds Request 45901055-RWA) for PRO-18-ERO-0147 Tenant Improvement RWA | Email | ICE-AR-00225 | ICE-AR-00225 |
| 07/27/2023 12:09:48 AM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00226 | ICE-AR-00235 |
| 07/22/2021 10:11:36 PM | RE San Jose market survey (PRO-18-ERO-0147) | Email | ICE-AR-00236 | ICE-AR-00237 |
| 07/22/2021 10:10:00 PM | San Jose market survey (PRO-18-ERO-0147) | Email | ICE-AR-00238 | ICE-AR-00238 |
| 07/28/2021 06:36:50 PM | FW Gilroy | Email | ICE-AR-00239 | ICE-AR-00244 |
| 06/18/2021 09:14:32 PM | FW 8CA3614 ICE San Jose SAM.GOV Posted (PRO-18-ERO-0147) | Email | ICE-AR-00245 | ICE-AR-00246 |
| 06/18/2021 05:18:31 PM | 8CA3614 ICE San Jose MS NDA | Email Attachment | ICE-AR-00247 | ICE-AR-00247 |

| | | | | |
|---|---|---|---|---|
| 07/06/2021 12:43:33 PM | SJ (PRO-18-ERO-0147) | Email | ICE-AR-00248 | ICE-AR-00248 |
| 06/18/2021 05:18:31 PM | 8CA3614 ICE San Jose MS NDA | Email Attachment | ICE-AR-00249 | ICE-AR-00249 |
| 06/11/2021 10:21:37 PM | SNJ Office updates | Email | ICE-AR-00250 | ICE-AR-00251 |
| 07/13/2021 02:27:06 AM | FW SJ (PRO-18-ERO-0147) | Email | ICE-AR-00252 | ICE-AR-00255 |
| 07/13/2021 02:21:26 AM | 8CA3614 ICE San Jose MS NDA | Email Attachment | ICE-AR-00256 | ICE-AR-00256 |
| 07/13/2021 02:16:21 AM | RE SJ (PRO-18-ERO-0147) | Email | ICE-AR-00257 | ICE-AR-00259 |
| 07/13/2021 02:14:40 AM | 8CA3614 ICE San Jose MS NDA - Momrow | Email Attachment | ICE-AR-00260 | ICE-AR-00260 |
| 07/15/2021 05:47:19 PM | FW 8CA3614 ICE San Jose Market Survey Tour Book for 7212021 (PRO-18-ERO-0147) | Email | ICE-AR-00261 | ICE-AR-00261 |
| 07/14/2021 12:54:38 AM | 8CA3614 ICE San Jose MS Tour Book 7.21.2021 | Email Attachment | ICE-AR-00262 | ICE-AR-00280 |
| 05/12/2021 07:24:26 PM | RE San Jose ERO (PRO-18-ERO-0147) | Email | ICE-AR-00281 | ICE-AR-00283 |
| 05/12/2021 07:28:17 PM | RE San Jose ERO (PRO-18-ERO-0147) | Email | ICE-AR-00284 | ICE-AR-00286 |
| 05/10/2021 02:19:25 PM | 6920 Monterey Street Gilroy, CA (1) | Email Attachment | ICE-AR-00287 | ICE-AR-00292 |
| 05/25/2021 04:44:30 PM | RE San Jose ERO (PRO-18-ERO-0147) | Email | ICE-AR-00293 | ICE-AR-00296 |
| 02/11/2021 03:25:51 PM | RE 8CA3614 Immigrations and Customs Enforcement- 760 Kifer Road, Sunnyvale, CA, 94086 | Email | ICE-AR-00297 | ICE-AR-00300 |
| 02/11/2021 03:44:29 PM | RE 8CA3614 Immigrations and Customs Enforcement- 760 Kifer Road, Sunnyvale, CA, 94086 | Email | ICE-AR-00301 | ICE-AR-00305 |
| 01/28/2021 08:23:46 PM | RE 8CA3614 ICE San Jose - 30 Day Plan (PRO-18-ERO-0147) | Email | ICE-AR-00306 | ICE-AR-00313 |

| | | | | |
|---|---|---|---|---|
| 01/28/2021 05:08:32 PM | RE 8CA3614 ICE San Jose - 30 Day Plan (PRO-18-ERO-0147) | Email | ICE-AR-00314 | ICE-AR-00321 |
| 01/30/2021 12:37:06 AM | Re 8CA3614 ICE San Jose - 30 Day Plan (PRO-18-ERO-0147) | Email | ICE-AR-00322 | ICE-AR-00336 |
| 01/30/2021 12:34:01 AM | 8CA3614-ICE-Zoning Letter-LCOSig-2021-02-01 | Email Attachment | ICE-AR-00337 | ICE-AR-00338 |
| 01/30/2021 12:27:00 AM | 8CA3614-ICE-Zoning Letter | Email Attachment | ICE-AR-00339 | ICE-AR-00340 |
| 11/18/2020 04:34:54 PM | RE San Jose ERO project (PRO-18-ERO-0147) | Email | ICE-AR-00341 | ICE-AR-00342 |
| 10/29/2019 06:34:47 PM | 8CA3614 San Jose Delineated Area Map | Email Attachment | ICE-AR-00343 | ICE-AR-00343 |
| 08/27/2020 10:26:58 PM | RE GSA's Federal Project Immigration Code Enforcement (ICE), Project 8CA3614 (MH PRO-18-ERO-0147) | Email | ICE-AR-00344 | ICE-AR-00353 |
| 05/18/2016 04:44:09 PM | Morgan Hill Floor Plan and Cubical Design | Email | ICE-AR-00354 | ICE-AR-00354 |
| 05/09/2016 05:27:11 PM | ICE - Morgan Hill CA first draft open plan | Email Attachment | ICE-AR-00355 | ICE-AR-00355 |
| 07/26/2011 06:17:43 PM | WS-S-48 Workstation | Email Attachment | ICE-AR-00356 | ICE-AR-00356 |
| 08/29/2026 10:24:00 AM | processing-X.jpg | Email Attachment | ICE-AR-00357 | ICE-AR-00357 |
| 08/27/2020 10:30:08 PM | RE GSA's Federal Project Immigration Code Enforcement (ICE), Project 8CA3614 (MH PRO-18-ERO-0147) | Email | ICE-AR-00358 | ICE-AR-00367 |
| 07/18/2016 08:42:02 PM | FW I.C.E. Processing Facility, Morgan Hill | Email Attachment | ICE-AR-00368 | ICE-AR-00368 |
| 07/01/2016 08:39:54 PM | A1.1 - Site Plan | Email Attachment | ICE-AR-00369 | ICE-AR-00369 |
| 07/01/2016 08:06:20 PM | A2.1 - Descriptive Floor Plan | Email Attachment | ICE-AR-00370 | ICE-AR-00370 |

| | | | | |
|---|---|---|---|---|
| 08/29/2020 12:14:01 AM | Gilroy Properties | Email | ICE-AR-00371 | ICE-AR-00371 |
| 08/29/2020 12:11:09 AM | Gilroy Properties Aug 2020.xlsx | Email Attachment | ICE-AR-00372 | ICE-AR-00373 |
| 08/11/2020 04:23:39 PM | RE San JoseMorgan Hill expansion question (PRO-18-ERO-0147) | Email | ICE-AR-00374 | ICE-AR-00376 |
| 07/30/2020 02:27:00 PM | Morgan Hill Office Expansion Memo.doc | Email Attachment | ICE-AR-00377 | ICE-AR-00378 |
| 07/22/2020 02:47:18 PM | FSR Packet Morgan Hill, CA - EXPANSION.xlsx | Email Attachment | ICE-AR-00379 | ICE-AR-00398 |
| 06/08/2020 09:18:23 PM | 220VineyardCt Realtor Brochure | Email Attachment | ICE-AR-00399 | ICE-AR-00402 |
| 05/28/2020 07:16:51 PM | RE Morgan HillSan Jose ERO - PRO-18-ERO-0147 | Email | ICE-AR-00403 | ICE-AR-00408 |
| 03/03/2020 10:53:59 PM | RE 8CA3614-DHS-ICE-CA-San Jose-Site Visit in 2272020 | Email | ICE-AR-00409 | ICE-AR-00425 |
| 03/04/2020 02:30:03 PM | RE 8CA3614-DHS-ICE-CA-San Jose-Site Visit in 2272020 | Email | ICE-AR-00426 | ICE-AR-00443 |
| 06/09/2020 09:47:37 PM | Expansion of San Jose ERO in Morgan Hill | Email | ICE-AR-00444 | ICE-AR-00444 |
| 06/08/2020 09:18:23 PM | 220VineyardCt. Brochure | Email Attachment | ICE-AR-00445 | ICE-AR-00448 |
| 02/18/2020 03:39:22 PM | RE FW 8CA3614-DHS-ICE-CA-San Jose-Revised SF81- Increased SF and Change of SOW | Email | ICE-AR-00449 | ICE-AR-00457 |
| 01/15/2025 02:59:28 PM | Office Location Update | Email | ICE-AR-00458 | ICE-AR-00458 |
| 04/24/2023 04:28:33 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00459 | ICE-AR-00465 |
| 05/25/2023 03:54:19 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00466 | ICE-AR-00473 |
| 06/29/2023 02:14:07 PM | RE 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA | Email | ICE-AR-00474 | ICE-AR-00476 |

| | | | | |
|---|---|---|---|---|
| 07/18/2023 09:55:29 PM | RE 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA (PRO-18-ERO-0147) | Email | ICE-AR-00477 | ICE-AR-00482 |
| 10/04/2022 10:56:43 PM | RE 8CA3614 San Jose DA Map 10.4.22 (PRO-18-ERO-0147) | Email | ICE-AR-00483 | ICE-AR-00484 |
| 10/26/2022 12:00:59 AM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Question | Email | ICE-AR-00485 | ICE-AR-00486 |
| 01/11/2023 02:18:15 PM | RE San Jose (PRO-PRO-18-ERO-0147) | Email | ICE-AR-00487 | ICE-AR-00488 |
| 01/25/2023 12:18:01 AM | RE Gilroy Market Survey (PRO-18-ERO-0147) | Email | ICE-AR-00489 | ICE-AR-00489 |
| 02/01/2023 08:28:34 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00490 | ICE-AR-00491 |
| 03/09/2020 02:19:43 PM | RE 8CA3614-DHS-ICE-CA-San Jose-Site Visit in 2272020 | Email | ICE-AR-00492 | ICE-AR-00509 |
| 01/10/2020 07:41:57 PM | RE 8CA3614-DHS-ICE-CA-San Jose-Revised SF81- Increased SF and Change of SOW | Email | ICE-AR-00510 | ICE-AR-00516 |
| 05/09/2016 05:27:11 PM | ICE - Morgan Hill CA first draft open plan | Email Attachment | ICE-AR-00517 | ICE-AR-00517 |
| 07/01/2016 08:39:54 PM | A1.1 - Site Plan | Email Attachment | ICE-AR-00518 | ICE-AR-00518 |
| 07/01/2016 08:06:20 PM | A2.1 - Descriptive Floor Plan | Email Attachment | ICE-AR-00519 | ICE-AR-00519 |
| 01/24/2025 10:56:24 PM | 8CA3614 ICE Gilroy (PRO-18-ERO-0147)- DID Workshop Documents | Email | ICE-AR-00520 | ICE-AR-00520 |
| 01/24/2025 10:40:00 PM | 8CA3614 ICE Gilroy DID Agenda | Email Attachment | ICE-AR-00521 | ICE-AR-00523 |
| 01/24/2025 08:03:00 PM | 8CA3614 ICE Gilroy Roster | Email Attachment | ICE-AR-00524 | ICE-AR-00524 |
| 01/24/2025 10:50:11 PM | 8CA3614 ICE Gilroy Schedule | Email Attachment | ICE-AR-00525 | ICE-AR-00525 |
| 01/24/2025 10:55:41 PM | 8CA3614 ICE Gilroy DID CD Review Sheet.xlsx | Email Attachment | ICE-AR-00526 | ICE-AR-00531 |

| | | | | |
|---|---|---|---|---|
| 12/19/2024 12:10:44 AM | FW 100 Year Flood Plain concurrence needed | Email | ICE-AR-00532 | ICE-AR-00536 |
| 01/26/2018 09:02:51 PM | 1996-97 Flood Report_0 | Email Attachment | ICE-AR-00537 | ICE-AR-00646 |
| 12/19/2024 12:12:13 AM | RE ICE ERO Morgan Hill (PRO-18-ERO-0147) | Email | ICE-AR-00647 | ICE-AR-00660 |
| 12/19/2024 12:10:44 AM | FW 100 Year Flood Plain concurrence needed | Email Attachment | ICE-AR-00661 | ICE-AR-00665 |
| 01/26/2018 09:02:51 PM | 1996-97 Flood Report_0 | Email Attachment | ICE-AR-00666 | ICE-AR-00775 |
| 12/19/2024 04:52:13 PM | RE 100 Year Flood Plain concurrence needed | Email | ICE-AR-00776 | ICE-AR-00781 |
| 12/19/2024 05:15:19 PM | RE 100 Year Flood Plain concurrence needed | Email | ICE-AR-00782 | ICE-AR-00787 |
| 12/18/2024 02:27:21 AM | RE 100 Year Flood Plain concurrence needed | Email | ICE-AR-00788 | ICE-AR-00792 |
| 01/21/2025 02:48:42 PM | RE Office Location Update | Email | ICE-AR-00793 | ICE-AR-00795 |
| 07/17/2023 12:36:23 AM | FW 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA (PRO-18-ERO-0147) | Email | ICE-AR-00796 | ICE-AR-00800 |
| 07/11/2023 12:00:02 AM | I.C.E. GILROY - BLOCKING LAYOUT (1) | Email Attachment | ICE-AR-00801 | ICE-AR-00802 |
| 07/26/2023 10:06:25 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00803 | ICE-AR-00811 |
| 07/27/2023 12:38:41 AM | RE 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA (PRO-18-ERO-0147) | Email | ICE-AR-00812 | ICE-AR-00817 |
| 07/27/2023 12:38:00 AM | 7240 Holsclaw Rd.JPG | Email Attachment | ICE-AR-00818 | ICE-AR-00818 |
| 07/27/2023 04:13:10 PM | RE Sallyport @ Gilroy | Email | ICE-AR-00819 | ICE-AR-00821 |
| 06/29/2023 07:19:45 PM | RE 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA | Email | ICE-AR-00822 | ICE-AR-00824 |

| | | | | |
|---|---|---|---|---|
| 06/20/2023 11:56:34 PM | 8CA3614 Site Plan | Email Attachment | ICE-AR-00825 | ICE-AR-00825 |
| 05/25/2023 04:11:19 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00826 | ICE-AR-00833 |
| 06/29/2023 02:27:11 PM | RE 8CA3614 ICE San Jose- 7240 Holsclaw Road, Gilroy, CA | Email | ICE-AR-00834 | ICE-AR-00836 |
| 03/15/2023 09:26:59 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00837 | ICE-AR-00840 |
| 03/15/2023 09:34:30 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00841 | ICE-AR-00845 |
| 02/01/2023 08:37:09 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Tour Book | Email | ICE-AR-00846 | ICE-AR-00847 |
| 01/11/2023 02:25:15 PM | RE San Jose (PRO-PRO-18-ERO-0147) | Email | ICE-AR-00848 | ICE-AR-00849 |
| 01/11/2023 04:38:25 PM | FW (PRO-18-ERO-0147) 8CA3614 ICE San Jose Pre Solicitation Advertisement Posted on SAM.GOV | Email | ICE-AR-00850 | ICE-AR-00850 |
| 01/11/2023 02:49:49 PM | 7240 Holsclaw Road Photos | Email Attachment | ICE-AR-00851 | ICE-AR-00857 |
| 01/11/2023 07:56:23 PM | RE (PRO-18-ERO-0147) 8CA3614 ICE San Jose Pre Solicitation Advertisement Posted on SAM.GOV | Email | ICE-AR-00858 | ICE-AR-00859 |
| 01/10/2023 10:46:26 PM | RE San Jose (PRO-PRO-18-ERO-0147) | Email | ICE-AR-00860 | ICE-AR-00861 |
| 11/03/2022 05:37:55 PM | SNJ - Building Project (PRO-18-ERO-0147) | Email | ICE-AR-00862 | ICE-AR-00862 |
| 08/25/2022 11:56:16 PM | RE New Space | Email | ICE-AR-00863 | ICE-AR-00863 |